# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>YASHIRA JEHOVALIS CORTES-NIEVES,<br><br>　　　　　　　　　　Defendant. | Case No. 20-CR-30-5-JPS<br><br>**ORDER** |

On September 8, 2021, the Court granted the Government's motion for a preliminary order of forfeiture as to certain property of Defendant. (Docket #603). The Government now seeks to convert that preliminary order into a final order pursuant to 21 U.S.C. § 853. (Docket #713). The Court, having reviewed the Government's submissions and the relevant authorities, and being satisfied that the required notice has been given, (*see* Docket #664), will grant the motion.

Accordingly,

**IT IS ORDERED** that the Government's motion for entry of a final order of forfeiture (Docket #713) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853, the United States of America has clear title to the following property and may dispose of it according to law:

1. Approximately $2,137 United States currency seized from the residence of Carlos Omar Concepcion-Rivera and Yashira Cortes-Nieves located at GPS coordinates 18.343204, -67.165566, Aguada,

Puerto Rico on or about January 15, 2020 (item hhhh of the forfeiture notice of the Indictment);;

2. Miscellaneous jewelry, including one gold color bracelet, one gold color necklace with cross, one gold colored necklace, three gold colored earrings, two rings, one white necklace, and three Tissot watches seized from the residence of Carlos Omar Concepcion-Rivera and Yashira Cortes-Nieves located at GPS coordinates 18.343204, -67.165566, Aguada, Puerto Rico on or about January 15, 2020 (item iiii of the forfeiture notice of the Indictment); and

3. Eight-coin set (collectible coins) LHC 2009 P&D; eight-coin set (collectible coins) LHC P&D; two Kennedy half-dollars (collectible coins); two Native American dollars (collectible coins); Mercury silver dime (collectible coin); Kennedy silver 50c (collectible coin); National Park quarter (collectible coin); Franklin silver 50c (collectible coin); 1943 United States half-dollar (collectible coin); twenty-two antique collectible coins; seven antique collectible photos; one 1820 Hispan Et Ind collectible coin; thirteen collectible mail stamps; one pre-Columbian Taino CEMI Sculpture; thirteen antique collectible coins, seized from the residence of Carlos Omar Concepcion-Rivera and Yashira Cortes-Nieves located at GPS coordinates 18.343204, -67.165566, Aguada, Puerto Rico on or about January 15, 2020 (item jjjj of the forfeiture notice of the Indictment).

Dated at Milwaukee, Wisconsin, this 10th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge